No. 98–8785.  BAEZ *v.* BRESLIN.  C. A. 11th Cir.;

No. 98–8798.  BALAWAJDER *v.* SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE.  C. A. 5th Cir.;

No. 98–8802.  CUNNINGHAM *v.* POPPELL, WARDEN, ET AL. C. A. 5th Cir.;

No. 98–8822.  BRANCATO *v.* CONNECTICUT GENERAL LIFE INSURANCE CO. ET AL.  C. A. 8th Cir.;

No. 98–8866.  CROSS *v.* SUPERIOR COURT OF CALIFORNIA, PLACER COUNTY, ET AL.  C. A. 9th Cir.;

No. 98–8867.  CROSS *v.* MOULDS, CHIEF MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, ET AL.  C. A. 9th Cir.;

No. 98–8868.  CROSS *v.* COURT OF APPEAL OF CALIFORNIA, THIRD APPELLATE DISTRICT.  C. A. 9th Cir.;

No. 98–8869.  CROSS *v.* PELICAN BAY STATE PRISON ET AL. C. A. 9th Cir.; and

No. 98–9237.  DEBARDELEBEN *v.* UNITED STATES.  C. A. 4th Cir.  Motions of petitioners for leave to proceed *in forma pauperis* denied.  See this Court's Rule 39.8.  Petitioners are allowed until June 28, 1999, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 98–8821.  ARBOGAST *v.* ALCOA BUILDING PRODUCTS. C. A. 7th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until June 28, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–9342.  IN RE MAYEUX; and

No. 98–9407.  IN RE RODLEY.  Petitions for writs of habeas corpus denied.

No. 98–5804.  IN RE SMITH.  Petition for writ of habeas corpus denied.  JUSTICE STEVENS, JUSTICE SOUTER, and JUSTICE BREYER would set the case for full briefing.

No. 98–8818.  IN RE SCARBOROUGH; and

No. 98–8857.  IN RE MASON.  Petitions for writs of mandamus denied.